UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RAFAEL JACINTO,<br><br>                                    Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LaROSE, et al.,<br><br>                                    Respondents. | Case No.:  26-cv-3415-RSH-JLB<br><br>**ORDER GRANTING PETITION**<br>**FOR WRIT OF HABEAS CORPUS** |

On June 5, 2026, petitioner Juan Rafael Jacinto filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner, who is in immigration custody, alleges that he has been unlawfully denied a bond hearing to which he is entitled pursuant to 8 U.S.C. § 1226(a). He requests his immediate release, or alternatively, a bond hearing.

On June 11, 2026, Respondents filed a return stating that they do not oppose an order directing a bond hearing pursuant to 8 U.S.C. § 1226(a). ECF No. 4 at 1-2.

//

//

//

//

//

1

Accordingly, the Petition is **GRANTED** as follows. The government is directed to hold a bond hearing for petitioner Juan Rafael Jacinto within ***fourteen (14) days of the date of this order***, or such later date as may be requested by Petitioner. The Court declines to order Petitioner's immediate release, on the grounds that the Petition does not establish a basis for that relief. To the extent Petitioner seeks attorneys' fees, he must file a noticed motion pursuant to the Civil Local Rules of this district and the undersigned's pretrial civil procedures.

**IT IS SO ORDERED**.

Dated: June 11, 2026

_____
Hon. Robert S. Huie
United States District Judge

2

26-cv-3415-RSH-JLB